IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02678-GPG

ZACHARY MARNER, is currently residing in Aurora, Colorado,

    Plaintiff,

v.

TERRY JONES, Police Chief, City of Aurora, Colorado in his professional and individual capacities;
DANIEL OATES, Police Chief, City of Aurora, Colorado in his professional and individual capacities;
STEVEN EVANS, Officer, City of Aurora, Colorado in his professional and individual capacities;
MICHAEL QUIRK, Officer, City of Aurora, Colorado in his professional and individual capacities;
JUSTIN FLOWERS, Officer, City of Aurora, Colorado in his professional and individual capacities;
ALAN JOHNSON, Officer, City of Aurora, Colorado in his professional and individual capacities;
TARA FARCAS, in her individual capacity; and
R.D. THOMPSON, Officer, City of Aurora, Colorado in his professional and individual capacities;

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
WITHOUT PREPAYING FEES OR COSTS

---

    Plaintiff Zachary Marner initiated this action on December 10, 2015, by filing *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).  On December 14, 2015, the Court entered an order denying Plaintiff leave to proceed without prepaying fees or costs. Upon further review, the Court finds that the Application indicates that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  The Court's December 14, 2015 Order Denying

Leave to Proceed In District Court Without Prepaying Fees or Costs (ECF No. 4) will be vacated. Accordingly, it is

ORDERED that the Order Denying Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 4) is VACATED. It is

FURTHER ORDERED that the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3) is GRANTED.

DATED January 28, 2016 at Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court